**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ROBIN SMITH, JULIA BARNETT, JACK WARNER, ADELAIDE HORNE, ELKE JACKSON, AREIG AWAD, CO PRUITT, DEBORAH TONHOFER, CO WHITE, JON REYES, RN3 HAWKINS, CARLEEN GRIMES, DWAYNE EVANS, JENNIFER MEYERS, JO PHILLIPS, F. JOHN SMITH, RN TRENER and DOES I-X inclusive,<br><br>    Defendants. | NO. 3:21-cv-05636-RSM-BAT<br><br>STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES<br><br>NOTED FOR HEARING:<br>August 3, 2022 |

The parties, by and through their attorneys of record, hereby stipulate and request that the Court extend the current pretrial deadlines by 6 months.  Counsel for both parties have been purposefully working to complete discovery in this case and require additional time to seek evidence and schedule depositions due to delays and scheduling conflicts.  Defense counsel has had

1  a significant family medical emergency that has rendered her unavailable for a significant amount
2  of time in this matter, and further, defense counsel will be transferring to a new position in October,
3  when another Assistant Attorney General will be appointed to defend this matter.
4        A trial date has not yet been set for this case, and both parties have good cause for an
5  extension.

7        DATED this 2nd day of August, 2022.

9  ROBERT W. FERGUSON                              CIVIL RIGHTS JUSTICE CENTER, PLLC
   Attorney General

10 *s/Gauri S. Locker*                              *s/Darryl Parker*
   GAURI S. LOCKER, WSBA No. 39022                  DARRYL PARKER, WSBA No. 30770
11 Assistant Attorney General                       2150 N 107th Street, Suite 520
   Torts Division                                   Seattle, WA  98133
12 800 Fifth Avenue, Suite 2000                     Phone: (206) 557-7719
   Seattle, WA 98104-3188                           Email: DParker@civilrightsjusticecenter.com
13 Phone: (206) 464-7352
   Email: gauri.locker@atg.wa.gov

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

IT IS ORDERED THAT the pretrial deadline in the above-entitled action are to be continued by six (6) months and a new scheduling order will be issued by the Court.

DATED this 4th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darryl Parker - DParker@civilrightsjusticecenter.com
Ariana Nilchian anilchian@civilrightsjusticecenter.com

    *s/Gauri S. Locker*
GAURI S. LOCKER, WSBA No. 39022
Assistant Attorney General
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7352
Email: gauri.locker@atg.wa.gov