UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER LEON SMITH,

            Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

            Defendants.

CASE NO. 3:21-cv-5636-RSM-BAT

**THIRD AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to the Stipulation of the parties (Dkt. 20) and for good cause shown, it is

**ORDERED** that the Court's Pretrial Scheduling Order (Dkt. 11) is amended as follows:

| Event | Date |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | **March 6, 2023** |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | **April 3, 2023** |
| All motions related to discovery must be noted for consideration no later than | **April 19, 2023** |
| Discovery to be completed by | **May 19, 2023** |
| All dispositive motions must be filed pursuant to CR 7(d) | **June 16, 2023** |
| All *Daubert* motions must be filed by (same as dispositive) | **June 16, 2023** |
| Mediation per CR 39.1(c)(3) held no later than | **June 30, 2023** |

THIRD AMENDED PRETRIAL
SCHEDULING ORDER - 1

The remainder of the Court's Pretrial Order (Dkt. 11) remain in effect.

DATED this 31st day of January, 2023.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

THIRD AMENDED PRETRIAL
SCHEDULING ORDER - 2