THE HONORABLE RICARDO S. MARTINEZ
THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | No. 3:21-cv-05636-RSM-BAT<br><br>STIPULATED MOTION AND ORDER TO EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINE<br><br>Note on Motion Calendar:<br>June 14, 2023 |

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and request that the Court allow the parties to file dispositive after they have completed mediation, which is currently scheduled for June 28, 2023at 1:30 p.m. Counsel for both parties feel fairly confident that the case will be resolved at mediation. In the event this matter does not settle at mediation, the parties will be able to narrow many of the issues the Court needs to address during motions practice and at trial. Currently, the deadline to file a Motion for Summary Judgement is June 16, 2023, therefore, each side is requesting that the dispositive motion deadline be extended to July

STIPULATED MOTION AND ORDER
TO EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINE
No. 3:21-cv-05636-RSM-BAT

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

13, 2023. A trial date has not been set for this case, and both parties believe that a good faith attempt at an early resolution is good cause for this extension.

DATED this 14th day of June, 2023.

| | |
|---|---|
| SEAN W. HORNBROOK<br>Attorney General of Washington | CIVIL RIGHTS JUSTICE CENTER, PLLC |
| */s/ Sean W. Hornbrook*<br>**Sean W. Hornbrook**, WSBA #31260<br>Assistant Attorney General<br>Attorney for Defendants | */s/ Darryl Parker*<br>**Darryl Parker**, WSBA #30770<br>Attorney for Plaintiff |

STIPULATED MOTION AND ORDER
TO EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINE
No. 3:21-cv-05636-RSM-BAT

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

# ORDER

**THIS MATTER** having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

**IT IS ORDERED THAT** the pretrial deadline for filing dispositive motions is continued to July 13, 2023.

DATED this 15th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2023, the foregoing STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND MOTION FOR SUMMARY JUDGEMENT DEADLINE and this CERTIFICATE OF SERVICE was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such to all counsel of record.

DATED this 14th day of June, 2023 at Seattle, Washington.

*/s/ Vaishnavi Sharma*
Vaishnavi Sharma, Legal Assistant

STIPULATED MOTION AND ORDER
TO EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINE
No. 3:21-cv-05636-RSM-BAT

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183