The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SMITH, | ) |
| Plaintiff, | ) Case No. 3:21-cv-05636-TMC-BAT |
| vs. | ) STIPULATED MOTION AND ORDER TO </br> ) EXTEND DEADLINE FOR SUBMITTING </br> ) DISMISSAL/SETTLEMENT PAPERS |
| STATE OF WASHINGTON, et al., | ) |
| Defendants. | ) Note on Motion Calendar: April 29, 2024 |

    Plaintiff Christopher Smith respectfully requests that this Court extend the deadline for submitting settlement papers and dismissing this case. The settlement papers were due to be completed by Monday, April 29, 2024. Plaintiff is housed at the Stafford Creek Corrections Center in Aberdeen, Washington; and emailing settlement documents back and forth in his case has proven both time consuming and challenging. The primary delay was caused by plaintiff's misinterpreting what he was instructed to do and his submitting paperwork that was not filled out properly. We believe that plaintiff has corrected his mistakes; but we have not yet obtained his

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR SUBMITTING DISMISSAL/SETTLEMENT PAPERS - 1
Case No. 3:21-cv-05636-TMC-BAT

**Civil Rights Justice Center, PLLC**
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

1  signed settlement agreement as of April 29, 2024.  We believe we will have the proper document
2  fully signed and witnessed by May 6, 2024, and hereby request an extension until that time.
3       A new deadline of Monday, May 6, 2024, should provide ample time for all parties to
4  complete the settlement agreement and notify the Court. The parties have conferred with each
5  other regarding this motion, and defendants have stipulated to a one-week extension of the
6  deadline for the completion of the settlement agreement.
7       STIPULATED AND AGREED TO this 29th day of April 2024.

CIVIL RIGHTS JUSTICE CENTER, PLLC

*s/ Darryl Parker*
**Darryl Parker**, WSBA #30770
*Attorney for Plaintiff Christopher Smith*


ROBERT W. FERGUSON
Attorney General

*s/ Johnna S. Craig*
**Johnna S. Craig**, WSBA #35559
Assistant Attorney General
Attorney for Defendants

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR SUBMITTING DISMISSAL/SETTLEMENT PAPERS - 2
Case No. 3:21-cv-05636-TMC-BAT

Civil Rights Justice Center, PLLC
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# ORDER

**THIS MATTER** having come before the Court on the foregoing stipulation of the parties and the Court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED THAT** the parties' Stipulated Motion to Extend Deadline for Submitting Dismissal/Settlement Papers is GRANTED. The parties may have a one-week, or seven-day, extension of the deadline for submitting dismissal/settlement papers, which will be set for May 6, 2024.

Dated this 30th day of April, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR SUBMITTING DISMISSAL/SETTLEMENT PAPERS - 3
CASE NO. 3:21-CV-05636-TMC-BAT

**Civil Rights Justice Center, PLLC**
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Ishika Vasudeva, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a Washington resident over the age of 18 and not a party to this action. On the date and in the manner indicated below, I caused the foregoing STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISMISSAL/ SETTLEMENT PAPERS and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

DATED this 29th day of April 2024 at Seattle, Washington.

*s/ Ishika Vasudeva*
**Ishika Vasudeva**, Legal Assistant

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISMISSAL/SETTLEMENT PAPERS - 4
Case No. 3:21-cv-05636-TMC-BAT

**Civil Rights Justice Center, PLLC**
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183