The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | NO. 3:21-cv-05636-TMC<br><br>STIPULATED MOTION FOR DISMISSAL WITH ORDER |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants having settled this matter, by and through their respective counsel of record, move for dismissal of the above-referenced matter, in its entirety, with prejudice, and without fees or costs to any party.

DATED this 6th day of May, 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br> s/ *Johnna S. Craig*<br>JOHNNA S. CRAIG, WSBA #35559<br>Assistant Attorney General - Torts Division<br>P.O. Box 40126<br>Olympia, WA 98504<br>Tel: 360-586-6307<br>Email:  Johnna.craig@atg.wa.gov<br>*Attorneys for State Defendants* | CIVIL RIGHTS JUSTICE CENTER, PLLC<br><br> *s/Darryl Parker*<br>DARRYL PARKER, WSBA No. 30770<br>1833 N 105th Street, Suite 201<br>Seattle, WA 98133<br>Tel: 206-557-7719<br>Email: dparker@civilrightsjusticecenter.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION FOR
DISMISSAL WITH ORDER
(3:21-CV-05636-TMC)

1

**Civil Rights Justice Center, PLLC**
1833 N 105th St, Ste 201,
Seattle, WA 98133
P: (206) 557-7719; Fax: (206) 659-0183

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of May, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Jointly Presented:

ROBERT W. FERGUSON
Attorney General

 s/ *Johnna S. Craig*
JOHNNA S. CRAIG, WSBA #35559
Assistant Attorney General - Torts Division
P.O. Box 40126
Olympia, WA 98504
Tel: 360-586-6307
Email: Johnna.craig@atg.wa.gov
*Attorneys for State Defendants*

CIVIL RIGHTS JUSTICE CENTER, PLLC

 s/*Darryl Parker*
DARRYL PARKER, WSBA No. 30770
1833 N 105th Street, Suite 201
Seattle, WA 98133
Tel: 206-557-7719
Email: dparker@civilrightsjusticecenter.com
*Attorney for Plaintiff*

STIPULATED MOTION FOR
DISMISSAL WITH ORDER
(3:21-CV-05636-TMC)

2

**Civil Rights Justice Center, PLLC**
1833 N 105th St, Ste 201,
Seattle, WA 98133
P: (206) 557-7719; Fax: (206) 659-0183

Case 3:21-cv-05636-TMC   Document 77   Filed 05/08/24   Page 3 of 3

# CERTIFICATE OF SERVICE

I, Ishika Vasudeva, under penalty of perjury under the laws of the State of Washington, declare as follows:

    I am a Washington resident over the age of 18 and not a party to this action. On the date and in the manner indicated below, I caused the foregoing STIPULATED MOTION AND DISMISSAL WITH ORDER and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

    DATED this 6th day of May 2024 at Seattle, Washington.

    *s/ Ishika Vasudeva*
    **Ishika Vasudeva**, Legal Assistant

STIPULATED MOTION FOR
DISMISSAL WITH ORDER
(3:21-CV-05636-TMC)

3

**Civil Rights Justice Center, PLLC**
1833 N 105th St, Ste 201,
Seattle, WA 98133
P: (206) 557-7719; Fax: (206) 659-0183